UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 2 2 2012

Clerk, U.S. District and Bankruptcy Courts

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 1:12 mj 472 |
| | : | |
| KAYLAN JOSEPH CURETON, | : | VIOLATIONS: |
| | : | |
| Defendant. | : | 18 U.S.C. § 2423(b) |
| | : | (Interstate Travel to Engage in Illicit |
| | : | Sexual Conduct) |
| | : | 18 U.S.C. §§ 2428, 2253 (Criminal Forfeiture |

Case: 1:12-cr-00147
Assigned To : Wilkins, Robert L.
Assign. Date : 6/22/2012
Description: INFORMATION (A)

**INFORMATION**

The United States Attorney charges:

## COUNT ONE

Between on or about May 24, 2012 and May 31, 2012, within the District of Columbia and elsewhere, the defendant, **KAYLAN JOSEPH CURETON**, knowingly traveled in interstate commerce, from the Commonwealth of Virginia to the District of Columbia, for the purpose of engaging in illicit sexual conduct, that is, a sex act as defined in 18 U.S.C. § 2246(2), with a person under the age of 18 years of age, and said sexual act would be a violation of Chapter 109 A of Title 18 United States Code, Section 2243(a), if the sexual act occurred in the special maritime and territorial jurisdiction of the United States.

**(Travel with Intent to Engage in Illicit Sexual Conduct**, in violation of Title 18, United States Code, Section 2423(b))

## **FORFEITURE ALLEGATION**

1. The violation alleged in Count One is realleged and incorporated by reference herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Sections 2428 and 2253.

2. As a result of the offense alleged in Count One of this Information, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428:

> (1) any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense alleged in Count One of this Information; and
>
> (2) any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense alleged in Count One of this Information.

3. If any of the property described above as being subject to forfeiture pursuant to Title 18, United States Code, Sections 2428 and 2253, as a result of any act or omission of the defendant:

> (a) cannot be located upon the exercise of due diligence;
>
> (b) has been transferred or sold to, or deposited with, a third party;
>
> (c) has been placed beyond the jurisdiction of the Court;
>
> (d) has been substantially diminished in value; or
>
> (e) has been commingled with other property that cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of said property listed above as being subject to forfeiture.

(**Criminal Forfeiture**, in violation of Title 18, United States Code, Sections 2428 and 2253)

                    RONALD C. MACHEN JR.
                    United States Attorney
                    Bar No. 447889

BY: _____
                    Ari Redbord
                    Assistant United States Attorney
                    D.C. Bar: 476998
                    Sex Offense and Domestic Violence Section
                    555 4th Street, N.W., Room 10-413
                    Washington, DC 20530
                    (202) 252-7018
                    ari.redbord@usdoj.gov