**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**

AUG 0 8 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

---

UNITED STATES OF AMERICA,

v.

KAYLAN JOSEPH CURETON

Criminal Action No.1:12-cr-00147 (RLW)

---

## ORDER

Upon careful consideration of defendant's request, the United States Marshal Service and

the Department of Corrections is requested to house Mr. Kaylan Cureton, whose Register

Number is 32130-016, at the Central Treatment Facility until further Order of this Court.

Date: August 8, 2012

ROBERT L. WILKINS
United States District Judge

U.S. District and Bankruptcy Courts
for the District of Columbia
A TRUE COPY
ANGELA D. CAESAR, Clerk

By_____
Deputy Clerk