Leave to file GRANTED

_____  12/3/'12
Robert L. Wilkins          Date
United States District Judge

November 11, 2012

To: Honorable Judge Robert Wilkins
U. S. District Court for the District of Columbia
333 Constitution Ave., N.W.
Washington, DC 20001

Re: Kaylan Joseph Cureton Inmate# 334985
**CR 12-147**

FILED

DEC -3 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

It is with a saddened heart that I find myself and our family in a place so unfathomable and at the mercy of the court. I am writing to you on behalf of my nephew Kaylan Joseph Cureton whose sentencing hearing is scheduled for January 2013.

I believe that it is important for you to understand the type of family Kaylan comes from. So I've included some pictures to assist you in understanding his rich heritage. Kaylan's grandparents, Iris Patricia Cureton and Hardiman Dunn Cureton met at UCLA in 1954. His grandfather, Hardiman Dunn Cureton, was the first African American Varsity Capitan of the UCLA football team, All American, Consensus All American, Hearst Big Six All American, Rose Bowl, Hula Bowl, and National Champion, and a recent inductee into the UCLA Hall of Fame. At this event Kaylan accepted the award for his grandfather, who had passed away, see photo of Kaylan.

All of Kaylan's aunts and uncles are college graduates, professionals, successful, law abiding citizens. I mention this so that there is an understanding that Kaylan is not just some dejected black male from the streets of D.C. He comes from a well educated, caring and successful family who is willing to help him and assist him during his recovery.

We do understand that what Kaylan has done was wrong and there needs to be some type of corrective measures taken. We are also grateful that this compulsion has been brought to the forefront before ANY actual physical crime against a minor occurred. We as a family where shocked to have found out recently that Kaylan had suffered years of sexual abuse as a child by a neighbor. However this did give us all some understanding from whence his compulsion must come from. Kaylan is a kind, naive soul who obviously needs some type of psychological rehabilitation. But we all fear that any more jail time, especially with the crimes he's been charged with will put his life in danger. Please know that Kaylan has a family outside of the prison system who is willing to stand by his side as he gets this help.

Kaylan discovered his love of cooking early in life He's has had a successful career as a chef attending culinary school in Miami and most recently as a chef at the very prestigious Michelin 5 Starr restaurant in Northern CA. He had recently been offered a sought after position at a restaurant in New York City, just prior to his arrest. Kaylan also had a successful wrestling career in High school winning at the state level. Also just prior to Kaylan's arrest he had returned home to Virginia, delaying his career to help his mother out financially, who has been diagnosed with Multiple Sclerosis. He's been a goal oriented

young man whom we have all been very proud of, and sickened by this horrible mistake that he has made.

I recently moved across the country to California to continue my career as Pharmaceutical Sales Representative. However I will make every effort to travel to Kaylan's sentencing hearing so that you may see that Kaylan does have the support that he will need. Please release Kaylan on probation so that he can get the psychological help that he needs and know that he has a family who will make sure that he receives this help.


Sincerely,

Kelli D. Cureton


