Leave to File GRANTED

*Robert L. Wilkins* 5/16/2013
Robert L. Wilkins    Date

Dear Honorable Judge Wilkins,    CR 12-147

My name is Kaylan Cureton (case # 2012-CR-1038). I am writing to ask the Court's help. My case is scheduled for sentencing in just over a month. Currently I am represented by Mr. Stephen Brennwald Esq. and could not be happier with his services. However, due to some recent family issues (my grandmother just was diagnosed with stage 3 lung cancer and my mothers' continuing struggle with M.S.) my family and I no longer have the money to pay for him. I beg the court to declare me indigent, and to appoint Mr. Brennwald as my lawyer. I am afraid if he withdrawals and someone else is appointed it will take several more months for them to catch up to speed. Mr. Brennwald has been a thoughtful and competent counsel so far, and I just want to make sure he gets his due. Thank you for your time.

**FILED**

MAY 1 6 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Sincerely,

Kaylan Cureton

(DCDC# 334-985)

RECEIVED
Mail Room

MAY - 9 2013

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia