Leave to file GRANTED

Robert L. Wilkins  1/27/2014
United States District Judge

January 24, 2014

The Honorable Robert L. Wilkins
U.S. District Court
For the District of Columbia
333 Constitution Ave., N.W.
Washington D.C. 20001

**FILED**

JAN 27 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**Re: USA v. Kaylan Joseph Cureton, Criminal No. 12-147(RLW)**

Dear Judge Wilkins:

    I am writing on behalf of my cousin, the Defendant Kaylan Cureton, to provide additional background on the family that will support Kaylan during his rehabilitation. Kaylan comes from a family of high achievers, who recognize the amazing potential that Kaylan has risked squandering through his behavior. The family is prepared to hold Kaylan accountable for taking the steps necessary to realize his potential, resetting his goals and priorities for what he wants to achieve in his still young life, and executing on that plan. We will not enable behavior that threatens to endanger any community. We also realize that Kaylan's first step to rehabilitation must be to face, head-on and with professional help, the impulses that led him on this path to pleading guilty to federal child sex-offense charges.

    Kaylan's mother Bonnie is my first cousin. Her step-father, Richard and my father Charles are brothers. Kaylan comes from a family with a tradition of high achievers, with grandparents, uncles, aunts and cousins who have worked towards professional success in a variety of fields, including engineering, education, entertainment, information technology and education. Bonnie herself is widely admired by all of our family members for her educational and professional achievements, along with her strength of character. Learning of Kaylan's actions has been devastating to Bonnie. In the wake of her own diagnosis with MS, she has balanced support for her son alongside managing her mother's cancer treatments with grace and commitment.

    With 11 years as a former prosecutor myself, I know that Kaylan holds the key to his own rehabilitation. It will not happen until he acknowledges his problem and embraces professional treatment. After 18 months of incarceration at age 25 (with never having been arrested or spent a second in jail), Kaylan may be getting the message. Based on conversations with Kaylan that Bonnie has relayed to me, Kaylan is scared and has spent a great deal of time reflecting on what landed him in this position. This is the first step. The actions to which Kaylan has admitted guilt are unacceptable, dangerous and destructive. The family is not only prepared to hold Kaylan accountable for these unacceptable acts, but also for taking ownership of his rehabilitation. We recognize that rehabilitation (along with punishment) is a foundation of our justice system, and inherent in that process is forgiveness. Kaylan's family is prepared to accept Kaylan's punishment and forgive his actions in order to set the stage for his full rehabilitation.

RECEIVED

JAN 24 2014

Clerk, U.S. District and
Bankruptcy Courts

The last time I saw Kaylan was Thanksgiving 2011, when the family gathered in Ohio to celebrate with my Uncle Richard and my father, both in their upper seventies and role models to us all for rising above poverty in rural Alabama to succeed in government and engineering. Kaylan was surrounded by grandparents, uncles, aunts, cousins and his sisters. He described to me his goals for achievement in the culinary arts; he had landed a highly competitive internship with a renowned chef. I remember being impressed at the way he carried himself and at how limitless his future seemed to be.

Kaylan has the tools to be a productive and successful member of our society. I know Bonnie, his three sisters, aunts, uncles and cousins are committed to encouraging his transition back into society so that he makes his future dreams a reality. It will take hard work and a commitment to support Kaylan's professional treatment. Hard work and commitment are qualities that, as the years have demonstrated, our family has in abundance.

                                                Respectfully submitted,

                                                Charles R. Gayle, Esq.