# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NO. 12-CR-147 (TJK) |
| | : |
| **v.** | : |
| | : |
| **KAYLAN CURETON,** | : |
|     **Defendant.** | : |

## RESPONSE TO PROBATION PETITION

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that the United States does not oppose the recommendation of the United States Probation Office as set forth in its Probation Petition recommending that the defendant be permitted to travel to Paris, France from October 25, 2018, through November 1, 2018, subject to any conditions recommended by the Probation Office.

Respectfully submitted,

JESSIE K. LIU
United States Attorney

By:    /s/
ANDREA LYNN HERTZFELD
Assistant United States Attorney
D.C. Bar No. 494059
(202) 252-7808
Andrea.hertzfeld@usdoj.gov
555 Fourth Street, N.W.
Washington, D.C. 20001